In the U.S. District Court For The District of Colorado

Hewing (PS) v. Denver Sherriff's Department Legal monitoring unit

Case No. 1:25-cv-02844-RTG

Amended complaint As of October 21, 2025

Nature of Claim: 8th Amendment Constitutional (TREASU

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 27 2025

JEFFREY P. COLWELL
CLERK

Page 1 of 3

## Cause of action:

from 9-6-25 to 9-29-25 the Denver Sherriffs department legal Monitoring Unit has intentionally interferred with my right to access an adequately functioning law library, with the Purpose of denying me meaningful access to the courts thereby hindering an aquittle of my criminal charges. Legal research is Monitored from another area of the Jail other than the Kiosh used by inmates. from 9-6-25 to 9-29-25 the Denver Sheriffs department legal monitoring Unit acted in an intentional and delliborate manner to deprive me of my constitutional rights by shutting the kiosh off and on throughout the day As I unsucessfully attempted to do legal research, which constitutes malisclous Intent

Page 2 of 3

Along with the Denver sherriffs Department shutting the Kiosh on and off ~~during~~ during the above mentioned times and dates on 9-24-25 at approx 5:00 pm - 5:17 pm I was assaulted by (officer robinson of building 21) With a deadly weapon to wit, the pod Door, resulting in Serious bodily injury, Causing Blunt force trauma to the head, in which Im suffering from Brain Injury and concussion like symptoms, causing excruciating pain, emotional discomfort, and mental distress. (see medical ~~records~~ Charts, medical records grievances and incident reports from 9-6-25 to 10-1-25

As well, the Pod Door was slamed on my left foot in which I sustained a Substantial orthopedic injury to my left foot. to wit. :(See orthopedic specialist discharge summary from 10-20-25.): "Aclease Damage" of fractued foot.

Sincerely,

Theodore Henry - 10-21-25

Page 3 of 3

Theodore Hewby 474958

**Denver Sheriff Department**
**P.O. Box 1108**
**Denver, CO 80201**

US POSTAGE ᴵᴹᴾ PITNEY BOWES

ZIP 80204 $000.74⁰
02 4W
0000345735 OCT 23 2025

Clerk of Court - Room A-105
901 19th St. Room A-105
Denver, CO 80294-3589

**Legal Mail**

80294-250099